UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIPE DE JESUS HERNANDEZ-PADILLA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER JR., Attorney General,<br><br>Respondent. | No. 05-75291<br><br>Agency No. A076-850-597<br><br>ORDER |

Before: B. FLETCHER, CANBY, and GRABER, Circuit Judges.

Respondent's Petition for Panel Rehearing is GRANTED. The memorandum disposition filed on April 27, 2010, is amended by the memorandum disposition filed concurrently with this order. No further petitions for rehearing or petitions for rehearing en banc will be entertained.

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIPE DE JESUS HERNANDEZ-PADILLA,<br><br>        Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER JR., Attorney General,<br><br>        Respondent. | No. 05-75291<br><br>Agency No. A076-850-597<br><br><br>AMENDED MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted November 6, 2009
San Francisco, California

Before: B. FLETCHER, CANBY, and GRABER, Circuit Judges.

Petitioner Felipe de Jesus Hernandez-Padilla petitions for review of the

Board of Immigration Appeals' denial of cancellation of removal. We originally

held that, "[b]ecause Petitioner's case is in all relevant ways identical to the

petitioner's case in <u>Nunez-Reyes v. Holder</u>, [602 F.3d 1102 (9th Cir. 2010) (per

curiam)], and in the petitioner's case in <u>Rice v. Holder</u>, 597 F.3d 952 (9th Cir.

---

        [*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

2010), we grant the petition for review." <u>Hernandez-Padilla v. Holder</u>, 377 F. App'x 678, 679 (9th Cir. 2010) (unpublished decision). Sitting en banc, we overruled the three-judge panel decisions in <u>Nunez-Reyes</u> and <u>Rice</u>. <u>Nunez-Reyes v. Holder</u>, No. 05-74350, 2011 WL 2714159, at *8 (9th Cir. July 14, 2011) (en banc). For the same reasons as stated in our en banc decision, we must deny the petition for review in this case.

    **Petition DENIED.**